1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 JOAN MCMILLAN,                        )
                                         )
13        Plaintiff,                     ) CIVIL NO.  05-04483 WHA
                                         )
14        v.                             ) STIPULATION AND ORDER
                                         ) APPROVING COMPROMISE
15 JO ANNE B. BARNHART,                  ) SETTLEMENT OF ATTORNEY
   Commissioner of Social Security,      ) FEES PURSUANT TO THE EQUAL
16                                       ) ACCESS TO JUSTICE ACT
          Defendant.                     )
17 _____)

18        The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with

19 defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21        1. Defendant shall pay TWO THOUSAND SIX HUNDRED FIFTY DOLLARS ($2,650.00),

22 pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action,

23 and TWO HUNDRED FIFTY DOLLARS ($250.00) in costs.  The checks are to be payable to

24 plaintiff's counsel:

25                            IAN M. SAMMIS
                              1108 TAMALPAIS, # 1
26                            SAN RAFAEL, CA 94901
                              (415) 457-4200; FAX 457-4297
27                            OR 454-5294; imsammis@pacbell.net

28 ///

   2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA and costs, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

   3. Payment of the TWO THOUSAND SIX HUNDRED FIFTY DOLLARS ($2,650.00) EAJA fees incurred in this court action, and TWO HUNDRED FIFTY DOLLARS ($250.00) in costs, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, and/or costs as a result of this court action.

Dated: June 1, 2006

          /s/
         IAN M. SAMMIS
         Attorney for Plaintiff

         KEVIN V. RYAN
         United States Attorney

Dated: May 31, 2006    By: /s/
         SARA WINSLOW
         Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

[APPROVED — Judge William Alsup, United States District Court, Northern District of California — seal]

Dated: June 2, 2006

         _____
         WILLIAM ALSUP
         United States District Judge

MCMILLAN, EAJA STIP (jt)
C 05-04483 WHA       2